BENJAMIN B. WAGNER
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                 v.<br><br>TEYANNA MICHELS,<br><br>                         Defendant. | 2:16-MJ-00002-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO UNSEAL CASE |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jeremy J. Kelley, and defendant Teyanna Michels, by and through her counsel of record, Michael Petrik, Jr., hereby stipulate as follows:

1. Ms. Michels appeared before the Court on January 7, 2016.  At the conclusion of that hearing, the Court ordered the transcript, detention order, and minutes of the proceedings temporarily sealed.

2. It is no longer necessary to maintain the proceedings under seal.

3. Accordingly, for good cause shown, the parties request that the Court order the case be unsealed pursuant to Local Rule 141(f).

//

//

//

STIPULATION AND [PROPOSED]
ORDER TO UNSEAL

1

IT IS SO STIPULATED

Dated:  April 27, 2016

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Jeremy J. Kelley
JEREMY J. KELLEY
Assistant United States Attorney

Dated: April 27, 2016

/s/ Michael Petrik, Jr.
Michael Petrik, Jr.
Counsel for Defendant
Teyanna Michels

[~~PROPOSED~~] ORDER

For good cause shown, the stipulation of counsel in criminal case no. 2:16-MJ-0002-EFB is approved and IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

DATED:  April 28, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE